AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| LAND, CLAY D. | Georgia - Middle District | 5/11/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2014 <br> to <br> 12/31/2014 |

**7. Chambers or Office Address**

P.O. Box 2017
Columbus, GA
31902

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D. | 5/11/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D. | 5/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Columbus Community Bank (Checking) | A | Interest | M | T | | | | | |
| 2. Suntrust (Money Market) | A | Interest | M | T | | | | | |
| 3. CB&T (Money Markets) | A | Interest | L | T | | | | | |
| 4. CB&T (CDs) | B | Interest | N | T | | | | | |
| 5. United States Judges Admin Office | B | Interest | J | T | | | | | |
| 6. Morgan Stanley (Money Markets) | A | Interest | O | T | | | | | |
| 7. Raymond James (Money Markets) | A | Interest | J | T | | | | | |
| 8. Rental property, Columbus, GA (2001 $121,000) | C | Rent | M | R | | | | | |
| 9. Aberdeen Japan Equity Fund Inc- | A | Dividend | J | T | | | | | |
| 10. American Beacon Stephens Small Cap Growth Fund Class Y | A | Dividend | J | T | Sold (part) | 05/06/14 | J | | |
| 11. | | | | | Buy (add'l) | 12/22/14 | J | | |
| 12. American Funds Europacific Growth C | A | Dividend | K | T | Buy (add'l) | 12/26/14 | J | | |
| 13. American Funds Europacific Growth F1 | A | Dividend | J | T | Buy (add'l) | 12/15/14 | J | | |
| 14. AMG SouthernSun US Equity Fund Institutional Class | A | Dividend | J | T | Buy (add'l) | 12/26/14 | J | | |
| 15. AOL Inc. | | None | J | T | | | | | |
| 16. AQR Managed Futures Streategy Fund Class N | A | Dividend | J | T | Buy (add'l) | 12/19/14 | J | | |
| 17. Artisan Small Cap Value Fund Investor Class | | None | J | T | Sold (part) | 05/06/14 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 11/19/14 | J | | |
| 19. Brown Advisory Growth Equity Fund Investor Shares | A | Dividend | K | T | Buy (add'l) | 12/23/14 | J | | |
| 20. CISCO Systems Common Stock | A | Dividend | J | T | | | | | |
| 21. Coca-Cola, Inc. Common Stock | B | Dividend | K | T | | | | | |
| 22. Columbia Acorn Emerging Markets Fund Class Z | A | Dividend | J | T | Buy (add'l) | 12/15/14 | J | | |
| 23. Comcast Corp Common Stock | A | Dividend | J | T | | | | | |
| 24. Deutsche Global Real Estate Securities A (formerly DWS RREEF) | A | Dividend | J | T | Buy (add'l) | 12/18/14 | J | | |
| 25. Diamond-Hill Long-Short Fund C- Stock Mutual Fund | | None | K | T | | | | | |
| 26. Freeport Mcmoran CP&GLD | A | Dividend | J | T | | | | | |
| 27. Goldman Sachs Mid Cap Value Fund Class C | D | Dividend | K | T | Buy (add'l) | 12/15/14 | J | | |
| 28. Intel, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 29. IShares TR Dow Jones Select Dividend Index Fund Common | A | Dividend | K | T | | | | | |
| 30. John Hancock Disciplined Value A | A | Dividend | K | T | Buy (add'l) | 12/16/14 | J | | |
| 31. JP Morgan International Value Institutional Shares | A | Dividend | J | T | Buy (add'l) | 12/15/14 | J | | |
| 32. JP Morgan Mid Cap Value I | A | Dividend | J | T | Buy (add'l) | 12/15/14 | J | | |
| 33. JP Morgan US Large-Cap Core Plus Select | A | Dividend | J | T | Buy (add'l) | 12/15/14 | J | | |
| 34. Lazard Emerging Markets Inst | A | Dividend | J | T | Buy (add'l) | 12/22/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D. | 5/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  Manning and Napier Inc Equity Srs | B | Dividend | J | T | Buy (add'l) | 12/15/14 | J | | |
| 36.  MFS International Growth Fund Class I | A | Dividend | J | T | Buy (add'l) | 12/15/14 | J | | |
| 37.  MFS Research Fund Class A | A | Dividend | J | T | Buy (add'l) | 12/18/14 | J | | |
| 38.  Microsoft Inc. Common Stock | A | Dividend | K | T | | | | | |
| 39.  NRG Energy Inc | A | Dividend | J | T | | | | | |
| 40.  Powershares QQQ Tr Ser 1 FKA NASDAQ 100 Shares Inc. Com Stk | A | Dividend | L | T | | | | | |
| 41.  Prud Jenn Mid Cap Growth Z | A | Dividend | J | T | Buy (add'l) | 12/19/14 | J | | |
| 42.  Royce Heritage Fund Consultant | B | Dividend | K | T | Buy (add'l) | 12/15/14 | J | | |
| 43.  Royce Total Return Fund Consultant | C | Dividend | K | T | Buy (add'l) | 12/15/14 | J | | |
| 44.  Southern Company Common Stock | D | Dividend | M | T | Donated (part) | | | | |
| 45.  SPDR S&P 500 ETF Trust (UTS SPDR Trust Ser 1 Mutual Fund) | D | Dividend | N | T | | | | | |
| 46.  SunTrust Banks Inc | A | Dividend | K | T | | | | | |
| 47.  T Rowe Price Intl Discovery | | None | | | Sold | 08/18/14 | J | B | |
| 48.  Time Inc | A | Dividend | J | T | Spinoff (from line 50) | 05/23/14 | J | | |
| 49.  Time Warner Cable, Inc Common Stock | A | Dividend | J | T | | | | | |
| 50.  Time Warner, Inc Common Stock | A | Dividend | J | T | | | | | |
| 51.  Victory Munder International Small Cap Fund Class Y | A | Dividend | J | T | Buy (add'l) | 12/29/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D. | 5/11/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Walt Disney Co, Inc. Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D. | 5/11/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Section VII - Since my retirement accounts are self directed IRA's, I did not list them in aggregate in the Investments/Trusts section; but instead, the individual assets contained in the IRA's (cash equivalents and stock) are included in the individual listings of cash equivalents and stocks in the Investments/Trusts section.

2. Section VII - Two of [          ] are no longer dependents and as such their investment assets are exempt from disclosure. These assets have been appropriately removed from Part VII without specific line item transactions.

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D. | 5/11/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ CLAY D. LAND**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544